RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE  6/29/10
BY

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MARY CRAIG | CIVIL ACTION NO. 3:10-00227 |
| VERSUS | JUDGE ROBERT G. JAMES |
| PFIZER, INC., ET AL. | MAG. JUDGE KAREN HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 24], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 4] is GRANTED, and Plaintiff's claims against Defendants Pfizer, Inc., Wyeth L.L.C., and Schwarz Pharma, Inc. are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 29 day of June, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE